IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE

TOMMY DUCAT, LETICIA DUCAT, and
EDWARD ALLEN MAUPIN,
Plaintiffs,
v. Civil Action No.
___________

OFFICER ANDREWS, OFFICER TOLBERT,
DYERSBURG POLICE DEPARTMENT,
CITY OF DYERSBURG, and
CHIEF THOMAS LANGFORD,
Defendants.

_________________________________________

COMPLAINT
(Civil Rights Action Under 42 U.S.C. § 1983 – First and Fourth Amendments)

_________________________________________

Plaintiffs TOMMY DUCAT, LETICIA DUCAT, and EDWARD ALLEN MAUPIN bring this action under 42 U.S.C. § 1983 to redress violations of their constitutional rights by the above-named defendants.

---

### I. JURISDICTION AND VENUE

1. This Court has subject matter jurisdiction under 28 U.S.C. §§ 1331 and 1343(a)(3), as this case involves federal civil rights violations.
2. Venue is proper in this district under 28 U.S.C. § 1391(b) because the events giving rise to the claims occurred in Dyersburg, Tennessee, within the Western District of Tennessee.

---

### II. PARTIES

3. Plaintiff TOMMY DUCAT resides at 10 Melinda Lane, Dyersburg, Tennessee 38024.
4. Plaintiff LETICIA DUCAT resides at the same address.
5. Plaintiff EDWARD ALLEN MAUPIN resides at 1422 Highway 210, Dyersburg, Tennessee.
6. Defendant OFFICER ANDREWS is a police officer employed by the Dyersburg Police Department and is sued in both his individual and official capacities.
7. Defendant OFFICER TOLBERT is a police officer employed by the Dyersburg Police Department and is sued in both his individual and official capacities.
8. Defendant DYERSBURG POLICE DEPARTMENT is a municipal entity responsible for the conduct, supervision, and training of its officers.

9. Defendant CITY OF DYERSBURG is a municipal corporation responsible for the policies, customs, and oversight of its police department.
10. Defendant CHIEF THOMAS LANGFORD was the Chief of Police at the time of the incident and was notified of the misconduct but failed to take remedial action.

---

### III. FACTUAL ALLEGATIONS

11. On or about August 4, 2024, at approximately 7:30 a.m., Plaintiffs were present in the parking lot of the Dyersburg Gas Department to assist a friend in need.
12. Officers Andrews and Tolbert approached Plaintiffs without lawful justification.
13. Officers used excessive and unnecessary force against TOMMY DUCAT and EDWARD MAUPIN.
14. LETICIA DUCAT witnessed the encounter and attempted to record the incident on her phone, in exercise of her First Amendment rights.
15. Officers interfered with LETICIA's attempt to record and allegedly threatened or blocked her, suppressing her constitutional right to document police activity.
16. Plaintiffs were arrested or detained without probable cause or lawful justification.
17. The Chief of Police, Thomas Langford, was notified shortly after the incident but failed to investigate or discipline the involved officers.
18. All defendants were acting under color of state law at the time of the events described.

---

### IV. CLAIMS FOR RELIEF

**Count I – Fourth Amendment Violation (Excessive Force & Unlawful Arrest)**
19. The use of excessive force and arrest without probable cause violated Plaintiffs' rights under the Fourth Amendment.

**Count II – First Amendment Violation (Suppression of Free Expression)**
20. Defendants' interference with LETICIA DUCAT's right to record public officials constituted unlawful suppression of speech and expression in violation of the First Amendment.

**Count III – Monell Claim (Municipal Liability)**
21. The City of Dyersburg and Dyersburg Police Department maintained customs, practices, or failed to train and supervise their officers, which directly caused the constitutional violations suffered by Plaintiffs.

---

### V. PRAYER FOR RELIEF

Plaintiffs respectfully request that the Court grant the following relief:

- Compensatory and punitive damages in excess of $1,000,000;
- Injunctive relief requiring all Dyersburg officers to wear body cameras and undergo training on constitutional rights;
- A formal written apology from the Dyersburg Police Department;
- Court costs and attorneys’ fees (if applicable);
- Any other relief the Court deems just and proper.

---

Respectfully submitted,

______________________________
**Tommy Ducat**
10 Melinda Lane
Dyersburg, TN 38024

______________________________
**Leticia Ducat**
10 Melinda Lane
Dyersburg, TN 38024

______________________________
**Edward Allen Maupin**
1422 Highway 210
Dyersburg, TN 38024

Dated: _________________